UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOGAN N. MILLS

CIVIL ACTION

VERSUS

17-161-SDD-EWD

VINCENT KNIGHT, ET AL.

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated August 22, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion to Dismiss*[4] of Defendants Vincent Knight, Gary Sibley, Cedric Ferguson, Paul Smith, Darrel Vannoy, and James LeBlanc is granted and Plaintiff's claims asserted against these Defendants are dismissed with prejudice.

Baton Rouge, Louisiana the 10 day of September, 2018.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 35.
[3] Rec. Doc. 41.
[4] Rec. Doc. 13.